United States Bankruptcy Court

Western District of Michigan

In re:  Case No. 25-01486-swd

Donal Frederick Good  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0646-1      User: admin      Page 1 of 3

Date Rcvd: May 27, 2025      Form ID: 309A      Total Noticed: 47

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Donal Frederick Good, 731 Tenth Street, Unit D, Plainwell, MI 49080-8520 |
| 9043641 | + | Adventure Credit Union, 630 32nd Ave, Grand Rapids MI 49548-2306 |
| 9043647 | + | Credit Burea, 27 South Huron, Ypsilanti MI 48197-3604 |
| 9043649 | + | Edc/realpage/2 Js Ente, 32 Avenue Of The Americas, New York NY 10013-2473 |
| 9043650 | | Enterprise, PO Box 8442, Dallas TX 75284-2442 |
| 9043654 | + | Meaghan Good, 133 Naman Ct, Wayland MI 49348-1326 |
| 9043659 | | Option 1 Credit Union, Option 1 Credit Union, 630 32nd Street Se, Attn: Bankruptcy, Grand Rapids MI 49548-2306 |
| 9043660 | + | Pine Rest, PO Box 165, Grand Rapids MI 49501-0165 |
| 9043666 | | Tdrcs/cub Cadet, Td Rcs, Columbia SC 29202 |
| 9043668 | | University of Michigan Health, Dept 14211, Palatine IL 60055-4211 |
| 9043669 | + | University of Michigan Hospita, and Health Center, PO Box 77000, Detroit MI 48277-2000 |
| 9043670 | | Wells Fargo, 6412 South Westnedge Avenue, Portage MI 49002-3541 |
| 9043672 | + | Wfbna Hl, Po Box 10335, Des Moines IA 50306-0335 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: stempflylaw@protonmail.com | May 27 2025 23:24:00 | David Stempfly, David Stempfly, P.C., 314 N 120th Avenue, Suite 6, Holland, MI 49424 |
| tr | + | Email/Text: lgchapter7@yahoo.com | May 27 2025 23:24:00 | Lisa E. Gocha, PO Box 398, Hudsonville, MI 49426-0398 |
| smg | | EDI: IRS.COM | May 28 2025 03:23:00 | Internal Revenue Service, Centralized Insolvency Unit, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | + | Email/Text: Treas-CSB-BKY-Notices@michigan.gov | May 27 2025 23:24:00 | MI DEPT OF TREASURY, COLLECTION DIVISION/BANKRUPTCY, PO BOX 30168, LANSING, MI 48909-7668 |
| smg | + | Email/Text: bankruptcynoticeschr@sec.gov | May 27 2025 23:24:00 | SECURITIES & EXCHANGE COMM, BANKRUPTCY SECTION, 175 W. JACKSON BLVD., SUITE 900, CHICAGO, IL 60604-2815 |
| ust | + | Email/Text: ustpregion09.gr.ecf@usdoj.gov | May 27 2025 23:24:00 | Andy Vara, Office of the US Trustee, The Ledyard Building, 2nd Floor, 125 Ottawa NW, Suite 200R, Grand Rapids, MI 49503-2865 |
| ust | + | Email/Text: ustpregion09.gr.ecf@usdoj.gov | May 27 2025 23:24:00 | Dean E. Rietberg, Trial Attorney, Office of the US Trustee, The Ledyard Building, 2nd Floor, 125 Ottawa NW, Suite 200R, Grand Rapids, MI 49503-2865 |
| ust | + | Email/Text: matthew.w.cheney@usdoj.gov | May 27 2025 23:24:00 | Matthew W. Cheney, Office of the US Trustee, The Ledyard Building, 2nd Floor, 125 Ottawa NW, Suite 200R, Grand Rapids, MI 49503-2865 |
| ust | + | Email/Text: ustpregion09.gr.ecf@usdoj.gov | May 27 2025 23:24:00 | Michael V. Maggio, Trial Attorney, Office of the US Trustee, The Ledyard Building, 2nd Floor, 125 |

| District/off: 0646-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 27, 2025 | Form ID: 309A | Total Noticed: 47 |

| | | | | |
|---|---|---|---|---|
| | | | | Ottawa NW, Suite 200R, Grand Rapids, MI 49503-2865 |
| ust | + | Email/Text: kenneth.g.lau@usdoj.gov | May 27 2025 23:24:00 | Kenneth G Lau, DOJ-Ust, 125 Ottawa Avenue NW, Suite 200r, Grand Rapids, MI 49503 |
| ust | | Email/Text: elizabeth.k.patrick@usdoj.gov | May 27 2025 23:24:00 | Elizabeth K. Patrick, Office of the U.S. Trustee, The Ledyard Building, 2nd Floor, 125 Ottawa Ave NW, Ste 200R, Grand Rapids, MI 49503 |
| ust | + | Email/Text: ustpregion09.gr.ecf@usdoj.gov | May 27 2025 23:24:00 | United States Trustee, The Ledyard Building, 2nd Floor, 125 Ottawa Avenue NW, Suite 200R, Grand Rapids, MI 49503-2837 |
| ust | + | Email/Text: ustpregion09.gr.ecf@usdoj.gov | May 27 2025 23:24:00 | United States Trustee, Michigan/Ohio Region 9, The Ledyard Building, 2nd Floor, 125 Ottawa NW, Suite 200R, Grand Rapids, MI 49503-2837 |
| 9043640 | | Email/Text: Bankruptcy@absoluteresolutions.com | May 27 2025 23:24:00 | Absolute Resolutions, Attn: Bankruptcy, 8000 Norman Center Dr #350, Bloomington MN 55437 |
| 9043642 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 27 2025 23:39:13 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco CA 94108-2716 |
| 9043643 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 27 2025 23:24:00 | Apple Card, Lockbox 6112, PO Box 7247, Philadelphia PA 19170-6112 |
| 9043644 | + | EDI: JPMORGANCHASE | May 28 2025 03:23:00 | Chase Bank, 800 Brooksedge Blvd, Westerville OH 43081-2822 |
| 9043645 | | Email/Text: plstdeceasedbankruptcydcms@corewellhealth.org | May 27 2025 23:24:00 | Corewell Health, PO Box 2127, Grand Rapids MI 49501-2127 |
| 9043646 | + | EDI: CITICORP | May 28 2025 03:23:00 | Costco Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls SD 57117-6500 |
| 9043648 | + | EDI: DISCOVER | May 28 2025 03:23:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany OH 43054-3025 |
| 9043651 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 27 2025 23:24:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia PA 19176-0379 |
| 9043652 | + | EDI: JPMORGANCHASE | May 28 2025 03:23:00 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe LA 71203-4774 |
| 9043653 | | Email/Text: bk@lmcu.org | May 27 2025 23:24:00 | Lake Michigan Credit Union, Attn: Bankruptcy, Po Box 2848, Grand Rapids MI 49501 |
| 9043658 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | May 27 2025 23:24:00 | NMAC, Attn: Bankruptcy, Po Box 660360, Dallas TX 75266-0360 |
| 9043656 | + | EDI: NFCU.COM | May 28 2025 03:23:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3302, Merrifield VA 22119-3302 |
| 9043655 | | EDI: NFCU.COM | May 28 2025 03:23:00 | Navy Federal Credit Union, PO Box 3500, Merrifield VA 22119-3500 |
| 9043657 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 27 2025 23:24:00 | Nelnet, Attn: Claims, Po Box 82505, Lincoln NE 68501-2505 |
| 9043661 | | EDI: PRA.COM | May 28 2025 03:23:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk VA 23502 |
| 9043662 | + | Email/Text: ssa.bankruptcy@ssa.gov | May 27 2025 23:24:00 | Social Security Adminstration, Office of Regional Commissioner, 26 Federal Plaza Rm 40-120, New York NY 10278-4199 |
| 9043663 | + | Email/Text: bncnotices@stengerlaw.com | May 27 2025 23:24:00 | Stenger & Stenger PC, 2618 East Paris Ave SE, Grand Rapids MI 49546-2458 |
| 9043664 | | EDI: SYNC | May 28 2025 03:23:00 | Synchrony Bank/Amazon, PO Box 960013, Orlando FL 32896-0013 |
| 9043665 | + | EDI: SYNC | May 28 2025 03:23:00 | Synchrony Bank/Nautilus CC, Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965065, |

| District/off: 0646-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 27, 2025 | Form ID: 309A | Total Noticed: 47 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | Orlando FL 32896-5065 |
| 9043667 | ^ | MEBN |  |  |
|  |  |  | May 27 2025 23:22:08 | Trinity Health Epic-PP, PO Box 933327, Cleveland OH 44193-0037 |
| 9043671 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com |  |  |
|  |  |  | May 27 2025 23:39:42 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines IA 50328-0001 |

TOTAL: 34

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2025                      Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Stempfly | on behalf of Debtor Donal Frederick Good stempflylaw@protonmail.com davidstempfly@hotmail.com;stempflydr68698@notify.bestcase.com |
| Lisa E. Gocha | lgchapter7@yahoo.com  lg@trustesolutions.com;lg@trustesolutions.net |

TOTAL: 2

Official Form 309A (For Individuals or Joint Debtors) (12/15)

| Information to identify the case: | | |
|---|---|---|
| **Debtor 1:** Donal Frederick Good<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–9744<br>EIN: __–_____ | |
| **Debtor 2:** <br>(Spouse, if filing) First Name  Middle Name  Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ | |
| United States Bankruptcy Court: Western District of Michigan | Date case filed for chapter:  7  5/23/25 | |
| Case number: 25–01486–swd | | |

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov/).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Donal Frederick Good | |
| 2. | All other names used in the last 8 years | | |
| 3. | Address | 731 Tenth Street<br>Unit D<br>Plainwell, MI 49080 | |
| 4. | Debtor's attorney<br>Name and address | David Stempfly<br>David Stempfly, P.C.<br>314 N 120th Avenue<br>Suite 6<br>Holland, MI 49424 | Contact phone 616–355–6673<br>Email: stempflylaw@protonmail.com |
| 5. | Bankruptcy trustee<br>Name and address | Lisa E. Gocha<br>PO Box 398<br>Hudsonville, MI 49426 | Contact phone (616) 797–4206 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page 1

Debtor **Donal Frederick Good**                                                                                              Case number **25–01486–swd**

| 6. | **Bankruptcy clerk's office** | Michelle M. Wilson, Clerk of the Bankruptcy Court | Hours open: |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov/. | One Division Ave., N. Room 200 Grand Rapids, MI 49503 | M–F, 8 AM – 4 PM  Contact phone (616)456–2693  Date: 5/27/25 |
| 7. | **Meeting of creditors** | **June 16, 2025 at 03:00 PM** | Location: |
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 215 528 6016, and Passcode 8095943558, OR call 1 269 245 0516**  **For additional meeting information go to www.justice.gov/ust/moc**. |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. | |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 8/15/25** |
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov/. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| 13. | **Abandonments** | Trustees may abandon property in no asset estates without notice to creditors or other interested parties. Anyone wishing to receive notice of such abandonment must file a request with the Court. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                   page **2**